# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES EBONY BARNES

NO. 2026 KW 0668

**AUGUST 10, 2026**

---

In Re:    Charles Ebony Barnes, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 2845-F-2019, 3040-F-2024, 4177-F-2024, 4181-M-2020, 4182-M-2020, 593205.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the sentencing court minutes, the **Boykin** and sentencing transcript, his master prison record, and the uniform commitment order. Therefore, this court cannot address his contention that his sentence is being miscalculated. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The writ must be filed on or before November 10, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT